UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

SANTOS ISRAEL ALVARADO CHAVEZ,

        Petitioner,

    v.

JAMES JANECKA, et al.,

        Respondents.

No. 5:26-cv-00711-SSS-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation regarding Petitioner Santos Israel Alvarado Chavez. No parties filed objections to the Report and Recommendation within the time permitted. (ECF 11.) The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted; and

2.    The Petition is **denied**.

DATED: April 22, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE