J S - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

SANTOS ISRAEL ALVARADO CHAVEZ,

        Petitioner,

    v.

JAMES JANECKA, et al.,

        Respondents.

No. 5:26-cv-00711-SSS-BFM

**JUDGMENT**

Pursuant to the Order Denying Petition for Writ of Habeas Corpus, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is denied.

DATED: April 22, 2026

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE